

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★     ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00184-CV

In the **INTEREST OF J.M.B.**, et al.

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 08-01-11692-ZCV-A
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed: March 31, 2010

MOTION TO DISMISS GRANTED; DISMISSED

Appellant's court-appointed appellate counsel filed a motion to dismiss this appeal. The motion, supported by counsel's affidavit, asserts that appellant has died and there are no longer any cognizable issues for appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM